466 A.2d 718

Commonwealth v. Bull, Appellant.

Argued

May 3, 1983. Frank J. Marcone, for appellant; Helen Kane, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTGOMERY and HOFFMAN, JJ.

Judgment of sentence affirmed.